IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVE ATKINSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| LAFAYETTE COLLEGE, et al. | : | NO. 01-2141 |
| | : | |
| Defendants. | : | |

FILED
SEP 09 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

### ORDER

AND NOW, this *8th* day of *September*, 2009, upon consideration of Defendant Lafayette College's Motion for Summary Judgment (Docket No. 47), Plaintiff Eve Atkinson's Response (Docket No. 51 ), and Defendant's Reply Brief (Docket No. 53), and upon hearing the parties' August 31, 2009 oral arguments on the Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

**JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff. This case is closed.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.